UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LISA M. COFIELD, MICHAEL COFIELD,

        NO. CIV. S-06-1798 LKK/GGH

    Plaintiffs,

v.                          O R D E R

UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE,

    Defendants.
_____/

        The court is in receipt of plaintiff's request to continue the status conference. Defendants were served on October 12, 2006. The court hereby CONTINUES the status conference currently set for October 30, 2006 to January 29, 2007 at 2:00 p.m.

    IT IS SO ORDERED.

    DATED: October 19, 2006.

                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

1