1  McGREGOR W. SCOTT
United States Attorney
2  KELLI L.TAYLOR
Assistant United States Attorney
3  Office of the United States Attorney
Eastern District of California
4  501 I Street, Suite 10-100
Sacramento, CA 95814
5  PHONE:  916-554-2741
FAX:   916-554-2900
6
Attorneys for Defendants
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  LISA M. COFIELD and MICHAEL       )   Case No.  2:06-CV-01798
    COFIELD,                          )
12                                    )   STIPULATION RE: CASE SCHEDULE
                                      )   AND ORDER THEREON
            Plaintiffs,               )
13                                    )
14      v.                            )
                                      )
15  UNITED STATES OF AMERICA,         )
    UNITED STATES POSTAL SERVICE,     )
                                      )
16          Defendants.               )
17  ————————————————————————)

18          Plaintiff Lisa Cofield and Defendants United States of America and United States Postal

19  Service (collectively "Defendants"), by and through undersigned counsel, hereby stipulate to the

20  following revised trial and case dates in this action and respectfully request that the Court so

21  approve.

22          Good cause exists for this stipulation based on the following:

23      1.      The parties are attempting to settle this action prior to the expenditure of

24  additional substantial sums on expert witness disclosures and depositions.  The court did not

25  previously scheduled a date for the settlement conference for this action.

26      2.      We have been informed that Judge Hollows is not available until after February

27  1st, 2008 to conduct an early settlement conference in this case.  Judge Brennan is available, and

28  agreeable, to conduct an ADR for this case in January 2008.  The parties likewise agree that

                                        1

1   Judge Brennan could conduct the ADR, which we currently anticipate will occur within the first

2   two weeks of January.

3           2.      No prior continuances have been requested in this action.

4           3.      Currently, Plaintiff's expert disclosures are due on December 14th, 2007 and

5   Defendants' are due on December 29th, 2007.  The parties seek to attempt to settle the action

6   prior to the costly expenditures associated with the expert reports and subsequent deposition.

7           4.      It is not possible to continue the current expert discovery cutoff date without also

8   continuing the current pretrial motion filing deadline, and the corresponding pretrial conference

9   and trial date.

10          Based on the above, the parties request the following revised case dates:

11  

| Event | Old Date | **New Date** |
|---|---|---|
| Ps' Expert Disclosures Due | 12/14/07 | 1/14/08 |
| Ds' Expert Disclosure Due | 12/29/07 | 1/29/08 |
| MTC Discovery Cutoff | 1/12/08 | 2/12/08 |
| Statement Law/Motion Due | 1/28/07 | 2/28/08 |
| Discovery Cutoff | 2/12/08 | 3/12/08 |
| Motion Cutoff | 4/12/08 | 5/12/08 |
| Final Pretrial Conference | 5/12/08 | 6/09/08 at 2:00 p.m. |
| Settlement Conference | TBD | |
| Trial (10:30 a.m.); 7 days | 8/12/08 | no change |

21  

22  Except as specified herein, the dates and language of the court's February 14, 2007 original

23  Scheduling Conference Order remain unchanged.

24  

25                          Respectfully submitted,

26                          McGREGOR W. SCOTT
                            United States Attorney

27  

28

1

2
Dated: December 7, 2007

3

4

5

6
Dated: December 6, 2007

7

8
Of Counsel:
JOSEPH R. DOYLE

9
United States Postal Service
National Tort Center

10
PO Box 66640
St. Louis, Missouri  63166-6640

11
Tel:    (314) 872-5154
Fax:    202-406-4623

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ *Kelli L. Taylor*
KELLI L. TAYLOR
Assistant United States Attorney
For Defendant


/s/  *John Jefferson*
JOHN JEFFERSON
Dreyer Babich Bucolla and Callahan
Attorney for Plaintiff


## ORDER

The Court has reviewed the reasons stated by counsel and finds that good legal

cause exists for the alteration of the scheduling conference order as requested.  The

request and stipulation is therefore granted.

IT IS SO ORDERED.

December 7,  2007


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT