1  McGREGOR W. SCOTT
   United States Attorney
2  KELLI L.TAYLOR
   Assistant United States Attorney
3  Office of the United States Attorney
   Eastern District of California
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  PHONE:  916-554-2741
   FAX:   916-554-2900
6
   Attorneys for Defendants
7

8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 LISA M. COFIELD and MICHAEL    )   Case No.  2:06-CV-01798
   COFIELD,                       )
12                                )   STIPULATION FOR EARLY
                                  )   SETTLEMENT CONFERENCE WITH
13           Plaintiffs,          )   JUDGE BRENNAN ON JANUARY 24,
                                  )   2008 AND ORDER THEREON
14    v.                          )
15                                )
   UNITED STATES OF AMERICA,      )
16 UNITED STATES POSTAL SERVICE,  )
                                  )
17           Defendants.          )
                                  )
18

19      Plaintiff Lisa Cofield and Defendants United States of America and United States Postal

20 Service (collectively "Defendants"), by and through undersigned counsel, hereby stipulate to

21 conduct an early settlement conference with Judge Brennan commencing at 10:00 a.m. on

22 Thursday, January 24, 2008.  The parties believe that sufficient discovery has been conducted to

23 participate in a meaningful settlement conference at this time.  The parties wish to conduct the

24 conference prior to incurring the time and expense associated with extensive expert discovery

25 and depositions.

26      The court did not previously schedule a date for the settlement conference for this action.

27 We have been informed that Judge Hollows is not available until after February 1st, 2008 to

28 conduct an early settlement conference in this case.  Judge Brennan is available, and agreeable,

to conduct an early settlement conference for this case on January 24, 2008. All counsel and parties with settlement authority are also available on January 24, 2008 and will attend the settlement conference.

The parties will send, but not file, settlement conference statements directly to Judge Brennan on or before Tuesday, January 15, 2008. The parties and counsel appreciate the court's cooperation in scheduling this early settlement conference and assisting with the efforts to try to resolve this action.

It is so STIPULATED:

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

Dated: December 12, 2007

/s/ *Kelli L. Taylor*
KELLI L. TAYLOR
Assistant United States Attorney
For Defendants

Dated: December 12, 2007

/s/ *John Jefferson*
JOHN JEFFERSON
Dreyer Babich Bucolla and Callahan
Attorney for Plaintiff

Of Counsel:
JOSEPH R. DOYLE
United States Postal Service
National Tort Center
PO Box 66640
St. Louis, Missouri  63166-6640
Tel:   (314) 872-5154
Fax:   202-406-4623

## **ORDER**

The Court has reviewed the parties' stipulation and finds that good cause exists for the requested early settlement conference. The stipulation is therefore granted.

IT IS SO ORDERED.

December 13, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT