IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA MAUREEN COFIELD, et al.,

    Plaintiffs,                                                    No. CIV S-06-1798 LKK/KJM

    vs.

UNITED STATES OF AMERICA, et al.,                       ORDER RE SETTLEMENT & DISPOSITION

    Defendants.
_____/

    Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on January 24, 2008, the court has determined that the above-captioned case has settled.

    The court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.

    All hearing dates heretofore set in this matter are **VACATED.**

    SO ORDERED.

DATED: January 24, 2008.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE